NUMBER 13-00-188-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


ROBERT LYNN KOOP AND NANCY D. KOOP
, Appellants,


v.



RICHARD G. STOVAL, M.D., ET AL.
, Appellees.

____________________________________________________________________


On appeal from the 135th District Court


of Jackson County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Chief Justice Seerden and Justices Rodriguez and

Kennedy(1)

Opinion Per Curiam


 Appellants, ROBERT LYNN KOOP AND NANCY D. KOOP, perfected
an appeal from a judgment entered by the 135th District Court of
Jackson County, Texas, in cause number 97-6-10,807. After the notice
of appeal was filed, appellants filed a motion to dismiss the appeal. In
the motion, appellants request that this Court dismiss the appeal.

 The Court, having considered the documents on file and
appellants' motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellants' motion to dismiss is granted,
and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 15th day of June, 2000.


1. Retired Justice Noah Kennedy assigned to this Court by the Chief
Justice of the Supreme Court of Texas pursuant to tex. Gov't code ann.
§ 74.003 (Vernon 1998).